October 22, 2010

Mr. Daniel L. Geyser
Asst. Solicitor General
Office of the Attorney General of Texas
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548
Mr. Lance Eric Caughfield
Kelsoe, Anderson, Khoury & Clark, P.C.
5220 Spring Valley Road, Suite 500
Dallas, TX 75254

RE: Case Number: 08-0215
 Court of Appeals Number: 05-07-00499-CV
 Trial Court Number: 04-07439

Style: UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER AT DALLAS
 v.
 THE ESTATE OF IRENE ESTHER ARANCIBIA BY ITS BENEFICIARY VICTOR HUGO
 VASQUEZ-ARANCIBIA, VICTOR HUGO VASQUEZ-ARANCIBIA, INDIVIDUALLY, AND
 CECILIA VASQUEZ-ARANCIBIA, INDIVIDUALLY

Dear Counsel:

 Today the Supreme Court of Texas issued opinions and judgment in the
above-referenced cause. You may obtain a copy of the opinions at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinions by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Lisa Matz |
| |Mr. Gary |
| |Fitzsimmons |
| |Mr. Todd K. |
| |Sellars |